Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR18-00230RAJ |
| Plaintiff, ) | |
| v. ) | ~~(Proposed)~~ Order Granting Motion for Release Pending Appeal |
| TABETHA HUBBERT-HINE ) | |
| Defendant. ) | |

The Court, having considered defendant's motion for release pending appeal now GRANTS the motion and ORDERS that Tabetha Hubbert-Hine remain on release pending resolution of her appeal.

DATED this 27th day of May, 2021

RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

Order